# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2020

## NO. 03-19-00884-CV

**S. A., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY**
**BEFORE JUSTICES GOODWIN, KELLY. AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order of termination signed by the trial court on December 11, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order of termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.